IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON

JACOB BARRETT,                                CV. 06-224-JE

        Plaintiff,                        ORDER TO DISMISS

    v.

BRIAN BELLEQUE, et al.,

        Defendants.

BROWN, District Judge.

    The parties move to dismiss this case on the basis that they have entered into a settlement agreement. The Joint Motion to Dismiss (#36) is **GRANTED**, and this case is **DISMISSED**, with prejudice.

    IT IS SO ORDERED.

    DATED this <u> 21st </u> day of December, 2006.

                                           /s/ Anna J. Brown
                                         Anna J. Brown
                                         United States District Judge

1 - ORDER